**SELF INITIATED
AMENDMENT**

United States District Court

District of Massachusetts

John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 5130

Boston, Massachusetts 02210

Chambers of
Reginald C. Lindsay
United States District Judge

May 9, 2006

Committee on Financial Disclosure
Administrative Offices of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Re: Amendment to Calendar Year 2005 Filing -- Reginald C. Lindsay, USDJ

Dear Members of the Committee:

Since filing my Financial Disclosure Report for 2005 on My 5, 2006, I have discovered that I have inadvertently omitted certain information. Accordingly, I file this letter as an amendment to my 2005 Report to add the following information.

Part IIIB - ▮▮▮▮▮ Noninvestment Income

| Date | Source and Type |
|------|-----------------|
| 2005 | Shaklee Corp. (sales commissions) |

Part VII - Investments and Trusts. In addition to the nine items listed on the original financial disclosure, the following four items should be added.

10. ▮▮▮▮▮▮▮ (interest bearing checking account).

11. ▮▮▮▮▮▮▮ (interest bearing checking account).

12. ▮▮▮▮▮▮ (savings account).

13. ▮▮▮▮▮▮▮ (time deposit account).

The Value Code for each of these accounts is "J," using the Value Method "T." The Income Code for each account is "A."

Chambers of
Reginald C. Lindsay
United States District Judge

June 28, 2006



Honorable Ortrie D. Smith
Chair
Judicial Conference Committee
  on Financial Disclosure
One Columbus Circle NE
Washington, DC 20544

RE: Calendar Year 2005 Filing

Dear Judge Smith and Members of the Committee:

This will respond to your letter of June 20th concerning my Calendar Year 2005 filing.

You note that in Part VII, I listed various accounts with ████████ that were not included in previous reports. All of these accounts are in ████████ name. They were not in previous reports because they represent assets from an inheritance from ██████, who died in 2005. Accordingly, each of the accounts should be designated with a parenthetical "X."

You note that in Part 1, Line 4, I listed, as a position I hold, "member of the corporation" of Partners Health Care System, Inc. Partners Health Care System is a not-for-profit corporation by which several greater Boston hospitals, physicians and specialty facilities are affiliated. Its members are Massachusetts General Hospital, Brigham and Women's/Faulkner Hospitals, Newton-Wellesley Hospital, McLean Hospital, North Shore Medical Center, MGH Institute of Health Professions, Partners Community Health Care, Inc., Partners Continuing Care, Brigham and Women's Physician's Organization, and Massachusetts General Physicians Organization. A member of the corporation merely votes at an annual meeting to elect the directors of the corporation. The position involves no investment and no control over any corporate assets.

Very truly yours,

Reginald C. Lindsay

Original and 3 copies enclosed

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Reginald C | U.S. District Court (MA) | 05/05/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse, Suite 5130<br>1 Courthouse Way<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Clerk | Morgan Memorial Goodwill Industries |
| 2. Director | Partners for Youth with Disabilities, Inc. |
| 3. Overseer | Newton-Wellesley Hospital |
| 4. Member of the Corporation | Partners Health Care System |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY -9 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lindsay, Reginald C | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Simmons College | Restaurant Gift Certificate | $ 150.00 |
| 2. Pike Institute/Boston University | Engraved Leaded Crystal Bowl | $ 200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ███████ | B | Dividend | J | T | | | | | |
| 2. ███████ | A | Interest | K | T | | | | | |
| 3. ███████ | A | Dividend | L | T | part redempt | 9/28 | J | | |
| 4. ███████ | E | Dividend | N | T | part redempt | 9/28 | K | | |
| 5. ███████ | A | Dividend | M | T | part redempt | 9/28 | J | | |
| 6. ███████ | A | Interest | J | T | | | | | |
| 7. ███████ | A | Interest | K | T | | | | | |
| 8. ███████ | A | Interest | J | T | | | | | |
| 9. ███████ | A | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional Information Concerning Part VII, Investments and Trusts.

The assets listed as Ite s 6 and 7 and as held by ▮▮▮▮▮▮▮▮ were listed on previous Financial Disclosure Reports as held by ▮▮▮▮ In 2005 ▮▮▮▮ ▮▮▮▮▮▮completed its acquisition of ▮▮▮▮▮ with an accompanying change of na e. The assets in question continue to be held by ▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date ___ May 5, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544